396 A.2d 41

Commonwealth v. Mohn, Appellant.

Submitted September 12, 1977. Van Weiss, Assistant Public Defender, for appellant; Ross Weiss, First Assistant District Attorney, for Commonwealth, appellee.

Judgment of sentence affirmed.

552

SPAETH, J., concurred in the result.

WATKINS, former P. J., and HOFFMAN, J., did not participate in the consideration or decision of this case.